IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CV-188

| | |
|---|---|
| Douglas Eatmon, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Nancy A. Berryhill, )<br>Acting Commissioner of )<br>Social Security, )<br>)<br>Defendant. )<br>_____ ) | CONSENT ORDER FOR PAYMENT<br>OF ATTORNEY FEES UNDER THE<br>EQUAL ACCESS TO JUSTICE ACT |

This matter being submitted to the Court for entry of a Consent Order agreed to by the parties, and it appearing that Plaintiff, by and through his attorney, has executed this Consent Order, and Defendant has executed this Consent Order, by and through the undersigned Special Assistant United States Attorney; and it appearing that the parties have agreed to an award to the Four-Thousand, One Hundred and Two Dollars and Zero Cents ($4,102.00) in full and final settlement of all claims arising from the above-captioned case pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d); and it appearing further that the Plaintiff has assigned his right to payment of such fees and costs to his attorney.

It is therefore ORDERED, this __13__ day of February, 2018, that the Plaintiff shall be, and hereby is, awarded the sum of Four-Thousand, One Hundred and Two Dollars and Zero Cents ($4,102.00) for attorney fees and costs in full satisfaction of any and all claims against the Defendant arising under the EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum, the Defendant shall be discharged from any further liability for fees, costs or expenses up until this

point in time; and it is further ORDERED, that payment of such amounts shall be made directly to the Plaintiff's attorney.

SO ORDERED. This 13 day of February 2018.

                                                           JAMES C. DEVER III
                                                           Chief United States District Judge

CONSENTED TO:

/s/ Maria Concetta Mayo
MARIA CONCETTA MAYO
Ricci Law Firm, P.A.
P.O. Box 483
Greenville, NC 27835-0483
252-752-7785
mmoore@riccilawnc.com

/s/ Stephen F. Dmetruk, Jr.
STEPHEN F. DMETRUK, JR.
Social Security Administration
6401 Security Blvd.
Room 617, Altmeyer Bldg.
Woodlawn, MD 21235
410-966-4275
Stephen.dmetruk@ssa.gov