UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DOUGLAS EATMON,  )
 )
        Plaintiff,  )
 )  **JUDGMENT IN A CIVIL CASE**
   v.  )
 )  **CASE NO. 5:17-CV-188-D**
NANCY A. BERRYHILL, Acting Commissioner  )
of Social Security,  )
        Defendant.  )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Plaintiff shall be, and hereby is, awarded the sum of Four-Thousand, One Hundred and Two Dollars and Zero Cents ($4,102.00) for attorney fees and costs in full satisfaction of any and all claims against the Defendant arising under the EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum, the Defendant shall be discharged from any further liability for fees, costs or expenses up until this point in time; and it is further ORDERED, that payment of such amounts shall be made directly to Plaintiff's attorney.

**This Judgment Filed and Entered on February 13, 2018, and Copies To:**
Maria Concetta Mayo           (via CM/ECF electronic notification)
Stephen F. Dmetruk, Jr.          (via CM/ECF electronic notification)

DATE:                                PETER A. MOORE, JR., CLERK
February 13, 2018              (By) /s/ Nicole Briggeman
                                       Deputy Clerk